CHARLOTTE A. CONSELYEA, Respondent, *v.* SUPREME COUNCIL, AMERICAN LEGION OF HONOR, Appellant.

157a 719
181US177

*Conselyea* v. *Supreme Council,* 3 App. Div. 464, affirmed.
(Argued December 16, 1898; decided January 10, 1899.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered April 17, 1896, sustaining exceptions to a verdict in favor of defendant directed by the court, ordered to be heard in the first instance by the Appellate Division of the second judicial department, which directed them to be heard by the Appellate Division of the first department, and granting a new trial.

*William A. Goodhart* and *Alfred J. Carr* for appellant.

*John Cummins* and *Frank N. O'Brien* for respondent.

Order affirmed, and judgment absolute ordered against the defendant on the stipulation, with costs.
All concur, except GRAY and MARTIN, JJ., absent.

---

MARY G. BELL, Respondent, *v.* FREDERICK A. BELL, Appellant.

*Bell* v. *Bell,* 4 App. Div. 527, affirmed.
(Argued December 16, 1898; decided January 10, 1899.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered April 28, 1896, affirming a judgment in favor of plaintiff entered upon the report of a referee.

*Henry H. Seymour* for appellant.

*Charles B. Wheeler* for respondent.

Judgment affirmed, with costs; no opinion.
All concur, except GRAY and MARTIN, JJ., absent.